# Order

Michigan Supreme Court
Lansing, Michigan

July 15, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146211(25)

_____

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellant,                        SC: 146211
                                                      COA: 310668
v                                                     Livingston CC: 12-020466-FC

GEORGE ROBERT TANNER,
          Defendant-Appellee.
_____/

      On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing its appeal brief to June 25, 2013, is GRANTED. The brief received on June 25, 2013, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

     July 15, 2013           
                                                                  Clerk